## Third Department, September, 1943.

### (September 15, 1943.)

In the Matter of the Claim of Bernard H. Witt, Respondent, against Charles Hoelzer & Sons et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of George J. Gillespie et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Property for and on Behalf of the City of New York, in the Towns of Shandaken and Olive, Ulster County. (Esopus Creek Parcel 17.) Eugene Gormley, Appellant.—

All concur.

Mathilda Kramer et al., Respondents, v. John F. Lantry et al., Appellants.—

All concur.

In the Matter of the Claim of Raymond Miller, Appellant, against Lisk Manufacturing Company et al., Respondents. State Industrial Board, Respondent.—

All concur.

In the Matter of the Claim of Jane Orval, Respondent, against Hotel Times Square et al., Appellants. State Industrial Board, Respondent.—

All concur.

In the Matter of New York, New Haven and Hartford Railroad Company et al., Petitioners. State Tax Commission, Respondent.—

All concur.

Ernest J. Pirman, Appellant, v. Allan A. Kurtz et al., Respondents. (Action No. 1.) Harry Wynroth et al., Respondents, v. Ruth D. Pirman et al., Appellants. (Action No. 2.)

All concur.

In the Matter of Village of Lawrence, Respondent, against New York State Employees' Retirement System et al., Appellants.—

All concur.

### (September 21, 1943.)

In the Matter of Luis De Hoyos, Individually and as Chairman of the Sullivan County Republican Committee and as Chairman of the Town of Thompson Republican Committee, Respondent, against Frank L. McKeon et al., as Commissioners of Elections of the County of Sullivan, et al., Appellants.—

All concur.

### (September 22, 1943.)

Harry Feldman, Respondent, v. Keeshin Motor Express Co., Inc., et al., Appellants, et al., Defendants. Grace Zelie, as Administratrix of the Estate